608

**Harry Sylvester BARNES, Appellant, v. UNITED STATES of America.**

No. 13962.

United States Court of Appeals
Eighth Circuit.

Aug. 23, 1949.

Harry Sylvester Barnes, pro se.

Sam M. Wear, United States Attorney, and Harry F. Murphy, Assistant United States Attorney, Kansas City, Mo., for Appellee.

PER CURIAM.

Appeal from District Court dismissed, on motion of appellee.

**NATIONAL LABOR RELATIONS BOARD, Petitioner, v. L. B. HARTZ et al.**

No. 13903.

United States Court of Appeals
Eighth Circuit.

Aug. 30, 1949.

David P. Findling, General Counsel, National Labor Relations Board, and A. Norman Somers, Assistant General Counsel, National Labor Relations Board, Washington, D. C., for petitioner.

Donald B. Smith and I. E. Krawetz, St. Paul, Minn., for respondents.

PER CURIAM.

Order of National Labor Relations Board, with agreed modifications, enforced, pursuant to stipulation of parties.

**NATIONAL LABOR RELATIONS BOARD, Petitioner, v. L. A. BLACK RICE MILLING ASSOCIATION, Inc.**

No. 14012.

United States Court of Appeals
Eighth Circuit.

Aug. 5, 1949.

A. Norman Somers, Assistant General Counsel, National Labor Relations Board, Washington, D. C., for petitioner.

Moore, Burrow, Chowning & Mitchell, Little Rock, Ark., for respondent.

PER CURIAM.

Order of National Labor Relations Board enforced, on stipulation filed with Board, and petition for enforcement.